```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 03308
    VENETTE O DAVIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6208

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/02/2005 and was confirmed 04/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  40.46% from remaining funds.

     The case was paid in full 07/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
CHARTER ONE BANK         CURRENT MORTG       .00              .00             .00
MIDFIRST BANK            CURRENT MORTG       .00              .00             .00
CHASE                    NOTICE ONLY    NOT FILED             .00             .00
CAPITAL ONE              UNSECURED      NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSECURED       22715.22             .00         9191.21
RESURGENT ACQUISITION LL UNSECURED       10932.96             .00         4423.78
SMC                      UNSECURED       18351.52             .00         7425.53
ECAST SETTLEMENT CORP    UNSECURED        1009.27             .00          408.38
CHASE                    UNSECURED      NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSECURED        3288.20             .00         1330.62
EXPRESS                  UNSECURED      NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSECURED        2732.35             .00         1105.58
LORD & TAYLOR            UNSECURED        1986.32             .00          803.72
MARSHALL FIELDS          UNSECURED        2385.09             .00          965.07
NEW YORK & COMPANY       UNSECURED      NOT FILED             .00             .00
RESURGENT ACQUISITION LL UNSECURED        3730.04             .00         1509.28
WAL MART STORES INC      UNSECURED      NOT FILED             .00             .00
MIDFIRST BANK            MORTGAGE ARRE    1238.62             .00         1238.62
WORLD FINANCIAL NETWORK  UNSECURED OTH      33.01             .00           13.37
MIDFIRST BANK            NOTICE ONLY    NOT FILED             .00             .00
LEGAL HELPERS PC         DEBTOR ATTY     2,100.00                        2,100.00
TOM VAUGHN               TRUSTEE                                         1,884.84
DEBTOR REFUND            REFUND                                            200.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 32,600.00

PRIORITY                                              .00
SECURED                                          1,238.62

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 03308 VENETTE O DAVIS
```

```
UNSECURED                                                27,176.54
ADMINISTRATIVE                                            2,100.00
TRUSTEE COMPENSATION                                      1,884.84
DEBTOR REFUND                                               200.00
                                   ---------------    ---------------
TOTALS                                   32,600.00          32,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 09/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```